IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KAREN DUNN-BRINKLEY,** | ) | Civil Action No. 7:11-cv-00527 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DANIEL, et al.,** | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the action is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  November 21, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge